# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ANDREA DAHL,** | CASE NO. 08-CV-12702 |
| Plaintiff, | JUDGE PATRICK J. DUGGAN |
| v. | |
| **HYLAND SOFTWARE, INC.,** | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on: December 4, 2008.

PRESENT: Hon: Patrick J. Duggan
U.S. District Judge

This matter having come before the Court by virtue of the filing of a Stipulation for the Entry of Order of Dismissal with Prejudice; and with the Court being otherwise fully advised in the premises:

**WHEREFORE,** there being no further claims before this Court, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 4, 2008  December 4, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2008December 4, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager